988

No. 739. FRENCH v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Charles E. Heidingsfelder, Jr.* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *John A. Wild,* Assistant Attorney General, for respondent.

No. 898. SMITH-JOHNSON STEAMSHIP CORP. v. UNITED STATES. Court of Claims. Certiorari denied. *Arthur M. Becker* and *George Bronz* for petitioner. *Solicitor General Sobeloff, Paul A. Sweeney, Leavenworth Colby* and *Herman Marcuse* for the United States.

No. 906. AMERICAN FLINT GLASS WORKERS' UNION OF NORTH AMERICA, AFL-CIO, ET AL. v. NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph A. Robie* and *Edward J. Hickey, Jr.* for petitioners. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Fannie M. Boyls* for respondent.

No. 928. OFFUTT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Warren E. Magee* and *Charlotte Maskey* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 952. SKLAROFF ET UX. v. SKEADAS ET UX. Supreme Court of Rhode Island. Certiorari denied. *Frederick Bernays Wiener* and *Irving Brodsky* for petitioners. *Nicholas J. Chase* for respondents.